```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     HOT SPRINGS DIVISION
```

KEVIN PEARCY                                              PLAINTIFF

        v.                    Civil No. 09-6082

DEPUTY WAYNE HONEYCUTT,
Garland County Detention Center;
CAPTAIN MELVIN STEED, Garland
County Detention Center; and LT.
RON RODLEY, Garland County
Detention Center                                         DEFENDANTS

## ORDER

Now on this 16th day of February, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #21), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #21) is **adopted in its entirety.**

**IT IS FURTHER ORDERED** that the plaintiff's complaint is dismissed on the grounds that he has failed to obey an order of this court.  *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE